JS-6

1  GREENBERG TRAURIG, LLP
2  FRANK E. MERIDETH, JR. (SBN46266)
   DENISE M. HARLE (SBN275561 )
3  1840 Century Park East, Suite 1900
   Los Angeles, California 90067
4  Telephone: (310) 586-7700
   Facsimile:  (310) 586-7800
5  Email:  MeridethF@gtlaw.com; HarleD@gtlaw.com

6
   KURT A. KAPPES (SBN 146384)
7  MICHAEL D. LANE (SBN 239514)
   1201 K Street, Suite 1100
8  Sacramento, CA 95814
   Telephone: (916) 442-1111
9  Facsimile:  (916) 448-1709
   Email:  KappesK@gtlaw.com; LaneMD@gtlaw.com
10

11 Attorneys for Defendants
   LA-Z-BOY, INC. and KURT L. DARROW
12

13              UNITED STATES DISTRICT COURT

14       CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

15

16 KATHLEEN M. SALVESEN, an           CASE NO. 5:14-CV-02105-VAP-DTBx
   individual and SALVESEN, INC.,
17 d/b/a/ LA-Z-BOY FURNITURE          STIPULATION OF DISMISSAL
   GALLERIES, a California            PURSUANT TO SETTLEMENT;
18 corporation,                       [PROPOSED] ORDER

19              Plaintiffs,

20                                    DEPT:      2
   vs.
21                                    JUDGE:     Hon. Virginia A. Phillips

   LA-Z-BOY, INC., a Michigan         DATE FILED:    October 13, 2014
22 corporation and KURT L. DARROW,    TRIAL DATE:    None set.
   an individual
23

24              Defendants.

25

26

27

28
   _____
            STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT;
                          [PROPOSED] ORDER
   SAC 442584926v1

Plaintiffs and Counterclaim Defendants, KATHLEEN M. SALVESEN and SALVESEN, INC., d/b/a/ LA-Z-BOY FURNITURE GALLERIES (collectively, "Plaintiffs"),  and Defendants and Counterclaim Plaintiffs, LA-Z-BOY, INC. and KURT L. DARROW (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), by and through their respective undersigned attorneys, hereby stipulate to dismissal with prejudice of this action in its entirety as to all parties and all claims for relief in Plaintiffs' Amended Complaint and Defendants' Counterclaim pursuant to Federal Rule of Civil Procedure 41(a), and subject to the terms and conditions of the Parties' Settlement Agreement.

Each Party to bear its own attorneys' fees and costs.

The Parties further stipulate that this Court shall retain jurisdiction over this action following its dismissal for the purpose of enforcing the Parties' Settlement Agreement.

Dated:  February 3, 2015          Manatt, Phelps & Phillips, LLP


By:  //s// Kevin P. Dwight [*With permission*]
Kevin P. Dwight

Dated:  February 3, 2015          GREENBERG TRAURIG, LLP


By:  //s//Frank E. Merideth, Jr.
Frank E. Merideth, Jr.

Attorneys for Defendants LA-Z-BOY, INC. and KURT L. DARROW

1

**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; [PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: February 12, 2015

_____

Honorable Virginia A. Phillips
U.S. District Court Judge

**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT;
[PROPOSED] ORDER**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, California 90067.

     On the date given below, I served the **STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; [PROPOSED ORDER]** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| Stephen S. Mayne<br>Kevin P. Dwight<br>MANATT PHELPS & PHILLIPS, LLC<br>One Embarcadero Center, 30th Fl.<br>San Francisco, CA 94111<br>Tel: 415-291-7400; Fax: 415-291-7474<br>SMayne@manatt.com; KDwight@manatt.com | Attorneys for Plaintiffs Kathleen M. Salvesen and Salvesen, Inc., d/b/a/ LA-Z-Boy Furniture Galleries |

☒  **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐  **(BY E-MAIL)**
Based on court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒  **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2015, at Los Angeles, California.

                          _____
                              JENNIFER CHASTAIN